1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: lawtorres@aol.com

5  Attorney for:
   MARTIN MARTINEZ
6

7
              IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT of CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           ) Case No.: Case No. 1:11-CR-00354 LJO
11                                      )
                                        )
12           Plaintiff,                 ) **STIPULATION AND ORDER TO FILE**
                                        ) **MOTION BEYOND DESIGNATED**
13      vs.                             ) **FILING DATE**
                                        )
14 MARTIN MARTINEZ,                     )
                                        )
15           Defendant                  )
   TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE
16
   LAWRENCE O'NEIL AND THE UNITED STATES ATTORNEYS OFFICE:
17
        IT IS HEREBY STIPULATED between AUSA's Kimberly Sanchez and Kathleen
18
   Servatious and Defense Counsel, David A. Torres, to file a Supplemental Motion to Suppress the
19
   Wiretap on behalf of Defendant Martin Martinez.
20
        It is further stipulated that the governments' response date shall be August 15, 2013.
21
22 //

23 //

24 //

25 //

   //

                        Summary of Pleading - 1

**IT IS SO STIPULATED.**

                                           Respectfully Submitted,

DATED: 7/31/2013                     ***/s/ David A Torres***
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           Mart Martinez

DATED: 7/31/2013                     ***/s/Kimberly Sanchez***
                                           KIMBERLY SANCHEZ
                                           Assistant U.S. Attorney

DATES: 7/31/2013                     ***/s/Kathleen Servatious***
                                           KATHLEEN SERVATIOUS
                                           Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that counsel be allowed to file the above referenced motion beyond the designated filing date. The governments' response date shall be August 15, 2013.

IT IS SO ORDERED.

    Dated:  **July 31, 2013**                **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE